# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01252-TUC-RCC (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Timothy Allen West, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Markovich (Doc. 85),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **DENIES** the Motion for Bill of Particulars (Doc. 38), **GRANTS IN PART** the Motion to Compel Discovery (Doc. 39), **DENIES** the Motion to Suppress Evidence Based on the Destruction of Evidence (Doc. 40) and **DENIES** the Motion to Suppress Evidence and Statements Based on an Unlawfully Prolonged Traffic Stop and **GRANTS** the Motion to Suppress Statements Based on a *Miranda* Violation (Doc. 59).

Dated this 12th day of September, 2018.

_____
Honorable Raner C. Collins
United States District Judge